# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

O

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-9992-CAS (AGRx) | Date | October 2, 2012 |
|---|---|---|---|
| Title | LUIGI AMBROSE, ET AL. V. AVIS RENT A CAR SYSTEMS, INC. ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants

Not Present              Not Present

**Proceedings:**   (In Chambers:) PLAINTIFF'S MOTION FOR LEAVE TO CORRECT A MISTAKE AND FOR RECONSIDERATION

On August 31, 2012, plaintiff Mark Asbury filed the instant motion for leave to correct a mistake and for reconsideration of this Court's July 19, 2012 order dismissing plaintiffs' third amended complaint.  Dkt. No. 55.

Specifically, plaintiff seeks reconsideration of the portion of the Court's order dismissing as time-barred plaintiff Mark Asbury's claims based on his August 2001 termination date.  See Dkt. No. 47 at 6.  Plaintiff contends that he recently learned he was not terminated by defendant until August 2002, such that his claims should not have been dismissed under the applicable statute of limitations.  Therefore, based on this corrected date, plaintiff seeks to reinstate all of his claims except his PAGA claim and to file a sixth amended complaint.  Defendants do not oppose plaintiff's motion.

Based on good cause shown, the Court reconsiders its prior order dismissing plaintiff's third amended complaint and hereby GRANTS plaintiff leave to file a sixth amended complaint with the correct termination date for Asbury.  The Court will issue an amended order regarding dismissal of plaintiffs' third amended complaint in accordance with the foregoing.

IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer |  | CMJ |  |